**DISMISS and Opinion Filed May 24, 2021**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-14-00861-CV**
_____

**WILLIAM GARY STAPLETON, Appellant**

**V.**

**STARFISH INVESTMENTS, LP, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00558-2014**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

This appeal is reinstated. In 2014, we abated this appeal due to bankruptcy.

*See* Tex. R. App. P. 8.2. The Court conducted an independent review of the federal

Public Access to Court Electronic Records (PACER) system which shows the

bankruptcy associated with this appeal terminated on September 11, 2019,

effectively dissolving the automatic stay.

We notified the parties by letter dated May 7, 2021, requesting they inform

the Court of the status of the bankruptcy and of this appeal. We cautioned the parties

that failure to respond might result in the dismissal of this appeal without further

notice. Appellant failed to respond to our inquiry. Appellee, however, filed an unopposed notice of settlement and to close the case.

We dismiss this appeal. *See* TEX. R. APP. P. 42.3 (b)(c).


       /Robert D. Burns, III/
       ROBERT D. BURNS, III
       CHIEF JUSTICE


140861F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM GARY STAPLETON, Appellant

No. 05-14-00861-CV          V.

STARFISH INVESTMENTS, LP, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas Trial Court Cause No. 366-00558-2014.
Opinion delivered by Chief Justice Burns. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 24, 2021